```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 94-10305-MLW |
| | ) | |
| JEREMIAS GUZMAN | ) | |
| | ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                                      March 21, 2008

  Defendant Jeremias Guzman is serving a 210 month sentence for, among other things, conspiring to distribute cocaine base. As a result of Amendment 706 to the United States Sentencing Guidelines ("U.S.S.G."), which generally retroactively reduces by two levels the offense level for crimes involving crack cocaine and became effective March 3, 2008, Guzman moved for a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §2B1.10 (the "Motion"). As Guzman is indigent, counsel was appointed to represent him. The government and counsel for the defendant have conferred and filed a joint memorandum which addresses the Motion.

  The parties correctly agree that Guzman is eligible for a reduction of his sentence. They also agree that no hearing is necessary or appropriate. See Fed. R. Crim. P. 43(b)(4) (stating that defendant need not be present for a reduction of sentence under 18 U.S.C. § 3582(c)). The government joins the defendant in recommending that Guzman receive the full benefit of the retroactive amendment because "neither considerations of public safety, nor defendant's conduct while in the custody of the Bureau

of Prisons, warrants denial of the sentence reduction to which he is otherwise entitled."  Joint Memorandum of Government and Defendant Regarding Defendant's Eligibility for Sentence Modification and Joint Sentencing Recommendation at 5-6 n.2; see also U.S.S.G. §1B1.10. A.N. 1(B)(ii) & (iii). The Probation Department states that Guzman has not incurred any disciplinary infractions in the past five years, and is subject to immediate deportation proceedings. Therefore, the parties request that to implement their recommendation the court resentence the defendant to "Time Served."

    The court agrees.  Therefore, it is hereby ORDERED that:

    1.  The Motion (Docket No. 122) is ALLOWED.

    2.  The defendant's sentence is REDUCED to Time Served.

    3.  The term and conditions of Supervised Release previously imposed are not altered.

    4.  The attached Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(2) and an Amended Judgment shall enter forthwith.

                                /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE